| | |
|---|---|
| **Case Number:** | A 2103016 |
| **Court:** | Common Pleas Civil |
| **Case Caption:** | ZELDA GARRETT vs. KLLM TRANSPORT SERVICES LLC |
| **Judge:** | TOM HEEKIN |
| **Filed Date:** | 08/26/2021 |
| **Case Type:** | C311 - OTHER TORT- PERSONAL INJURY |
| **Total Deposits:** | $355.00 Credit |
| **Total Costs:** | $277.50 |

Case Documents

Show All Rows

| Date Filed | Document Type | Pages |
|---|---|---|
| 09/13/2021 | Service Return | 1 |
| 09/10/2021 | Notification Form | 1 |
| 09/10/2021 | Notice | 2 |
| 09/06/2021 | Service Return | 1 |
| 08/27/2021 | Summons | 1 |
| 08/27/2021 | Summons | 1 |
| 08/27/2021 | Summons | 1 |
| 08/26/2021 | Written Request | 1 |
| 08/26/2021 | Initial Filing | 6 |
| 08/26/2021 | Classification Form | 1 |



AFTAB PUREVAL
1000 MAIN STREET ROOM
CINCINNATI OH
COMMON PLEAS
A 2103016 D 1



neopost
FIRST-CLASS MAIL
US POSTAGE $006.75

ZIP 45202
041L12204677

7194 5168 6310 0946 5580

08/27/2021  SUMMONS & COMPLAINT
KLLM TRANSPORT SERVICES LLC
135 RIVERVIEW DRIVE
RICHLAND MS 39218

KLLM 9591

COPY

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

<u>ZELDA GARRETT</u>
**PLAINTIFF**

Use below number on
all future pleadings

      -- vs --

No.  A 2103016
SUMMONS

<u>KLLM TRANSPORT SERVICES LLC</u>
**DEFENDANT**

KLLM TRANSPORT SERVICES LLC
135 RIVERVIEW DRIVE          D - 1
RICHLAND MS 39218

You are notified
that you have been named Defendant(s) in a complaint filed by

ZELDA GARRETT
114 BAVARIAN STREET
APT G
MIDDLETOWN OH 45044

Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET  ROOM 315,
CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.

Name and Address of attorney           AFTAB PUREVAL
WILLIAM P ALLEN                 Clerk, Court of Common Pleas
3420 ATRIUM BLDG                Hamilton County, Ohio
MIDDLETOWN     OH      45005

By  <u>RICK HOFMANN</u>
                        Deputy

Date:  August 27, 2021

D132802092



# AFTAB PUREVAL
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

```
ELECTRONICALLY FILED
August 26, 2021 12:48 PM
     AFTAB PUREVAL
    Clerk of Courts
  Hamilton County, Ohio
 CONFIRMATION 1102654
```

**ZELDA GARRETT**                    **A 2103016**

**vs.**

**KLLM TRANSPORT
SERVICES LLC**

# FILING TYPE: INITIAL FILING (OUT OF COUNTY) WITH NO JURY DEMAND

## PAGES FILED: 6

EFR200

IN THE COURT OF COMMON PLEAS, HAMILTON COUNTY, OHIO
GENERAL DIVISION

ZELDA GARRETT                          :
114 Bavarian Street, Apartment G       :        Case No. _____
Middletown, Ohio 45044                 :
                                       :        Judge _____
                                       :
                                       :
SPENCER GARRETT                        :
114 Bavarian Street, Apartment G       :        **COMPLAINT FOR**
Middletown, Ohio 45044                 :        **PERSONAL INJURIES**
                                       :
                                       :
                                       :
        Plaintiffs,                    :
                                       :
                                       :
v.                                     :
                                       :
KLLM TRANSPORT SERVICES, LLC           :
135 Riverview Drive                    :
Richland, Mississippi 39218            :
                                       :
and                                    :
                                       :
                                       :
CURTIS HOLLOWAY                        :
130 Devon Building 8, Apt 4            :
Jackson, Mississippi 39204             :
                                       :
                                       :
                                       :
And                                    :
                                       :
GOVERNMENT EMPLOYEES HEALTH            :
ASSOCIATION – GEHA                     :
310 NE Mulberry Street                 :
Lee's Summit, Missouri 64086           :
                                       :
        Defendants                     :

### FIRST CLAIM FOR RELIEF

1.　　　On or about September 19, 2019, at approximately 6:01 p.m., Plaintiff, Zelda Garrett, was operating her 2018 Chevrolet Malibu southbound on Interstate 75 ("I-75") in the village of Lockland, Hamilton County, Ohio. At all times relevant herein, Plaintiff, Zelda Garrett, was exercising due care for her own safety, and the safety of other motorists in lawful use of the roadway.

2.　　　At or about the same time and place Defendant, Curtis Holloway, was operating his employers 2020 Cascadia Freightliner semi-tractor with a trailer attached southbound on I-75. At this location Southbound I-75 consists of 3 southbound lanes. Zelda Garrett was in the centermost lane. Curtis Holloway was in the leftmost lane when he negligently failed to remain in his lane of travel, violently striking the driver's side of the Garrett vehicle. Thereafter, Garrett's vehicle came to rest perpendicular to the southbound lanes of travel with the front of the Freightliner against the driver's side of her vehicle.

3.　　　Defendant Holloway was negligent. His negligence includes but is not limited to; failing to maintain/remain in his lane of travel; improper lane change; failing to keep a safe lookout; failing to control his vehicle so as to avoid colliding with Plaintiff's vehicle; driver inattention; and he was otherwise negligent.

4.　　　The negligent acts and/or omissions of Defendant, Holloway, were a violation of Ohio Revised Code 4511.25, as well as other state and local ordinances, which constitutes negligence per se.

5.　　　As a direct and proximate result of the negligence of Defendant Holloway, Plaintiff, Zelda Garrett, sustained serious injuries requiring multiple hospitalizations and surgeries, including but not limited to, injuries to her left shoulder, knee, hand, and back.

Plaintiff, Zelda Garrett, has experienced and will continue to experience pain and discomfort from time to time and has endured a loss of ability to perform the usual and specific activities of life, which conditions may be permanent in nature. She has suffered emotional distress including, but not limited to anxiety and post-traumatic stress disorder. She has lost wages and suffered an impairment of earning capacity in an amount to be determined. She has incurred property damage and diminished value to her vehicle and personal items. Her injuries and damages are permanent and ongoing.

6.      As a direct and proximate result of the negligence of Defendant, Holloway, Plaintiff Garrett has incurred medical expenses for the care and treatment of her injuries in an amount to be determined and will continue to incur such expenses in the future from time to time.

### SECOND CLAIM FOR RELIEF

7.      Plaintiff, Zelda Garrett adopts all of the foregoing allegations in the foregoing claims for relief as if fully rewritten at length herein.

8.      Curtis Holloway was an agent, servant, or employee of KLLM Transport Services, LLC (hereinafter "KLLM"). As Curtis Holloway's employer, KLLM, is liable for Plaintiff Garrett's damages under the doctrine of *respondeat superior, agency,* and/or *master/servant.* As a direct and proximate result of KLLM's negligence, Plaintiff, Zelda Garrett, suffered the injuries and damages set forth herein.

9.      KLLM was also negligent. Their negligence includes, but is not limited to negligent hiring, training, supervising, and retention of Holloway.

## THIRD CLAIM FOR RELIEF

10.     Plaintiff, Zelda Garrett adopts all of the foregoing allegations in the foregoing claims for relief as if fully rewritten at length herein.

11.     Defendant, Government Employees Health Association (hereinafter "GEHA"), is a health insurance company providing health insurance coverage under the insurance laws of the State of Ohio. Defendant, GEHA may have provided health insurance to Plaintiff, Zelda Garrett, for treatment of injuries necessitated by the aforestated motor vehicle collision. Defendant, GEHA, may claim a right of subrogation, and/or a right of recovery, and/or right of reimbursement from Plaintiffs and/or Defendants as to the amounts it may have paid or may in the future pay on the behalf of Plaintiff Garrett, if any.

## FOURTH CLAIM FOR RELIEF

12.     Plaintiff, Spencer Garrett, adopts all of the allegations in the foregoing claims for relief as if fully rewritten at length herein.

13.     Plaintiff, Spencer Garrett, is and was at all pertinent times herein, the spouse of Plaintiff, Zelda Garrett. He is responsible for the medical bills incurred by his spouse.

14.     As a direct and proximate result of the collision and injuries to his wife, Spencer Garrett has lost the care, companionship, services, and consortium of his spouse, which loss may be permanent in nature.

        WHEREFORE in her First and Second Claims for Relief, Plaintiff Zelda Garrett, demands judgment against Defendants Curtis Holloway and KLLM in an amount in excess of $25,000.00; and in her Third Claim for Relief, Plaintiff, Zelda Garrett, demands Defendant GEHA set forth its claim for subrogation and/or right of recovery and/or right

of reimbursement or be forever barred from making any claims against any party hereto; and in his Fourth Claim for Relief, Plaintiff Spencer Garrett, demands judgment against Defendant Curtis Holloway and KLLM in an amount in excess of $25,000.00. Plaintiffs further demand all other relief to which they may be entitled including costs and interest herein and for such other and further relief as may be necessary and proper.

Respectfully Submitted,

William P. Allen, Esq. (#0064046)
Trial Attorney for Plaintiffs
Casper & Casper
3735 S. Dixie Highway
Middletown, OH 45042
(513) 424-2401 (phone)
(513) 800-1316 (fax)
wallen@casperlaw.com

## INSTRUCTIONS FOR SERVICE

TO THE CLERK:

Please issue service of summons, together with a copy of the foregoing Complaint by certified mail service, return receipt requested upon the following:

KLLM TRANSPORT SERVICES, LLC
135 Riverview Drive
Richland, Mississippi 39218

CURTIS HOLLOWAY
130 Devon Building 8, Apt 4
Jackson, Mississippi 39204

GOVERNMENT EMPLOYEES HEALTH
ASSOCIATION – GEHA
310 NE Mulberry Street
Lee's Summit, Missouri 64086

William P. Allen



# AFTAB PUREVAL
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

**ELECTRONICALLY FILED**
**August 26, 2021 12:48 PM**
**AFTAB PUREVAL**
**Clerk of Courts**
**Hamilton County, Ohio**
**CONFIRMATION 1102654**

**ZELDA GARRETT**                    **A 2103016**

**vs.**
**KLLM TRANSPORT**
**SERVICES LLC**

## FILING TYPE: CLASSIFICATION
## PAGES FILED: 1

EFR200



| COURT OF COMMON PLEAS HAMILTON COUNTY, OHIO | CLASSIFICATION FORM WWW.COURTCLERK.ORG | AFTAB PUREVAL CLERK OF COURTS |
|---|---|---|

**CASE NUMBER:**_____ **PLAINTIFF:** Zelda Garrett _____

**PURSUANT TO SUPERINTENDENCE RULE 4, THIS CASE WAS ORIGINALLY FILED AND DISMISSED**

**UNDER CASE NUMBER:**_____ **BY JUDGE** _____

## PLEASE INDICATE CLASSIFICATION INTO WHICH THIS CASE FALLS (please only check one):

- [ ] Other Tort – C360
- [✓] Personal Injury – C310
- [ ] Wrongful Death – C320
- [ ] Vehicle Accident – C370

- [ ] Professional Tort – A300
- [ ] Personal Injury – A310
- [ ] Wrongful Death – A320
- [ ] Legal Malpractice – A330
- [ ] Medical Malpractice – A340

- [ ] Product Liability – B350
- [ ] Personal Injury – B310
- [ ] Wrongful Death – B320

- [ ] Worker's Compensation
- [ ] Non-Compliant Employer – D410
- [ ] Appeal – D420

- [ ] Administrative Appeals – F600
- [ ] Appeal Civil Service – F610
- [ ] Appeal Motor Vehicle – F620
- [ ] Appeal Unemployment – F630
- [ ] Appeal Liquor – F640
- [ ] Appeal Taxes – F650
- [ ] Appeal Zoning – F660

- [ ] Certificate of Qualification – H600

- [ ] Other Civil – H700-34
- [ ] Appropriation – H710
- [ ] Accounting – H720
- [ ] Beyond Jurisdiction –730
- [ ] Breach of Contract – 740
- [ ] Cancel Land Contract – 750
- [ ] Change of Venue – H760
- [ ] Class Action – H770
- [ ] Convey Declared Void – H780
- [ ] Declaratory Judgment – H790
- [ ] Discharge Mechanics Lien – H800
- [ ] Dissolve Partnership – H810
- [ ] CONSUMER SALES ACT (1345 ORC) – H820
- [ ] Check here if relief includes declaratory judgment, injunction or class action recovery – H825
- [ ] Habeas Corpus – H830
- [ ] Injunction – H840
- [ ] Mandamus – H850
- [ ] On Account – H860
- [ ] Partition – H870
- [ ] Quiet Title – H880
- [ ] Replevin – H890
- [ ] Sale of Real Estate – H900
- [ ] Specific Performance – 910
- [ ] Restraining Order – H920
- [ ] Testimony – H930-21
- [ ] Environmental – H940
- [ ] Cognovit – H950
- [ ] Menacing by Stalking – H960
- [ ] Repo Title – Transfer of Title Only –970
- [ ] Court Ordered Title – H980
- [ ] Injunction Sexual Predator – 990
- [ ] SB 10 – Termination – H690
- [ ] SB 10 – Reclassification – H697

**DATE:** 08/26/2021 _____

**ATTORNEY (PRINT):** William P. Allen _____

**OHIO SUPREME COURT NUMBER:** 0064046 _____

Revised 05/03/2021



# AFTAB PUREVAL
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

### ELECTRONICALLY FILED
### August 26, 2021 12:48 PM
### AFTAB PUREVAL
### Clerk of Courts
### Hamilton County, Ohio
### CONFIRMATION 1102654

**ZELDA GARRETT**                    **A 2103016**

**vs.**

**KLLM TRANSPORT SERVICES LLC**

## FILING TYPE:  WRITTEN REQUEST FOR SERVICE (CERTIFIED MAIL)

## PAGES FILED: 1

EFR200



# COMMON PLEAS COURT
# HAMILTON COUNTY, OHIO

## Zelda Garrett

_____

_____

CASE NO. _____

### VS
KLLM Transport Services. LLC

DOCUMENT TO BE SERVED & ITS FILED DATE

_____

_____

_____

**PLAINTIFF/DEFENDANT REQUESTS:**

☑ **CERTIFIED MAIL SERVICE**

☐ **PERSONAL SERVICE**

☐ **PROCESS SERVICE**

☐ **REGISTERED INTERNATIONAL**

☐ **EXPRESS MAIL SERVICE**

☐ **REGULAR MAIL SERVICE**

☐ **RESIDENCE SERVICE**

☐ **FOREIGN SHERIFF**

**ON:**

1) KLLM Transport Services, LLC

## 135 Riverview Drive

Richland, Mississippi 39218

_____

2) ## Curtis Holloway

## 130 Devon Building 8

## Apt 4

Jackson, Mississippi 39204

3) Government Employees Health Assoc

### 310 NE Mulberry Street

Lee's Summit Missouri 64085

_____

4) _____

_____

_____

_____

## William P. Allen
**ATTORNEY**

3735 S. Dixie Highway Middletown Oh 45005

**ADDRESS**

## 513-424-2401
**PHONE NUMBER**

## 0064046
**ATTORNEY NUMBER**

Revised 9-18-18

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO


<u>ZELDA GARRETT</u>
   **PLAINTIFF**

        Use below number on
        all future pleadings

   -- vs --

        No.  A 2103016
          SUMMONS

<u>KLLM TRANSPORT SERVICES LLC</u>
   **DEFENDANT**


    GOVERNMENT EMPLOYEES HEALTH ASSOCIATION
    310 NE MULBERRY STREET          D - 3
    LEES SUMMIT MO 64086



You are notified
that you have been named Defendant(s) in a complaint filed by

    ZELDA GARRETT
    114 BAVARIAN STREET
    APT G
    MIDDLETOWN OH 45044

                Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET  ROOM 315,
CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.


Name and Address of attorney         AFTAB PUREVAL
WILLIAM P ALLEN                Clerk, Court of Common Pleas
3420 ATRIUM BLDG                Hamilton County, Ohio
MIDDLETOWN      OH     45005


                By  <u>RICK HOFMANN</u>
                        Deputy


         Date:  August 27, 2021



D132802107



VERIFY RECORD

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

<u>ZELDA GARRETT</u>
**PLAINTIFF**

-- vs --

<u>KLLM TRANSPORT SERVICES LLC</u>
**DEFENDANT**

Use below number on
all future pleadings

No.  A 2103016
SUMMONS

KLLM TRANSPORT SERVICES LLC
135 RIVERVIEW DRIVE                    D - 1
RICHLAND MS 39218

You are notified
that you have been named Defendant(s) in a complaint filed by

ZELDA GARRETT
114 BAVARIAN STREET
APT G
MIDDLETOWN OH 45044

Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET   ROOM 315,**
**CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.

Name and Address of attorney
WILLIAM P ALLEN
3420 ATRIUM BLDG
MIDDLETOWN      OH      45005

AFTAB PUREVAL
Clerk, Court of Common Pleas
Hamilton County, Ohio

By  <u>RICK HOFMANN</u>
Deputy

Date:  August 27, 2021

D132802092

VERIFY RECORD

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO


ZELDA GARRETT
   **PLAINTIFF**

                                            Use below number on
                                            all future pleadings

      -- vs --

                                  No.  A 2103016
                                       SUMMONS

KLLM TRANSPORT SERVICES LLC
   **DEFENDANT**

     CURTIS  HOLLOWAY
     130 DEVON BUILDING 8 APT 4           D - 2
     JACKSON MS 39204


You are notified
that you have been named Defendant(s) in a complaint filed by

     ZELDA GARRETT
     114 BAVARIAN STREET
     APT G
     MIDDLETOWN OH 45044
                                                     Plaintiff(s)
in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET   ROOM 315,**
**CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.


Name and Address of attorney            AFTAB PUREVAL
WILLIAM P ALLEN                    Clerk, Court of Common Pleas
3420 ATRIUM BLDG                    Hamilton County, Ohio
MIDDLETOWN      OH      45005

                                 By   RICK HOFMANN

                                              Deputy


                         Date:   August 27, 2021

D132802102

VERIFY RECORD

**UNITED STATES POSTAL SERVICE**

Date Produced: 09/06/2021

HAMILTON COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7194 5168 6310 0946 5580.
Our records indicate that this item was delivered on 08/30/2021 at 02:50 p.m. in RICHLAND, MS 39218.
The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance,
please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal
Service. It is solely for customer use.

Customer Reference Number:        16548514SEQ1

## IN THE COURT OF COMMON PLEAS, HAMILTON COUNTY, OHIO
## GENERAL DIVISION

ZELDA GARRETT and            NO.: A 2103016
SPENCER GARRETT,

         Plaintiffs,          **NOTICE OF APPEARANCE**

   v.

KLLM TRANSPORT SERVICES, LLC and
CURTIS HOLLOWAY,

                  **JURY TRIAL DEMANDED HEREIN**

         Defendants.

Kindly enter the appearance of John T. Pion, Esquire, Jordan C. Hettrich, Esquire, and

Pion, Nerone, Girman, Winslow & Smith, P.C., on behalf of Defendants, KLLM Transport

Services, LLC and Curtis Holloway, in the above matter.

                 Respectfully submitted,

                 PION, NERONE, GIRMAN, WINSLOW
                 & SMITH, P.C.

                 By:  /s/ Jordan C. Hettrich
                     John T. Pion, Esquire
                     OHSB #0070722
                     jpion@pionlaw.com
                     Jordan C. Hettrich, Esq.
                     OHSB #0091744
                     jhettrich@pionlaw.com
                 1500 One Gateway Center
                 Pittsburgh PA 15222
                 412-281-2288
                 Counsel for Defendants,
                 KLLM Transport Services, LLC and
                 Curtis Holloway



VERIFY RECORD

## **CERTIFICATE OF SERVICE**

I, Jordan C. Hettrich, Esquire, hereby certify that a true and correct copy of the foregoing

NOTICE OF APPEARANCE was served upon counsel of record email, this 10th day of September,

2021, as follows:

William P. Allen, Esquire (#0064046)
Casper & Casper
3735 S. Dixie Highway
Middletown, OH 45042
wallen@casperlaw.com
*Counsel for Plaintiffs*

PION, NERONE, GIRMAN, WINSLOW
& SMITH, P.C.


By: /s/ Jordan C. Hettrich
Jordan C. Hettrich, Esq.
OHSB #0091744
jhettrich@pionlaw.com



**Aftab Pureval, Clerk of Courts**
**Court of Common Pleas, Hamilton County, Ohio**
**www.courtclerk.org**

# NOTIFICATION FORM

## CASE INFORMATION

**Date:** September 10, 2021

**Case No.:** A 2103016

**Caption:** Zelda Garrett and Spencer Garrett    vs    KLLM Transport Services, LLC and Curtis Holloway

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ATTORNEY INFORMATION

**Attorney Name:** Jordan C. Hettrich / John T. Pion

**Attorney Address:** Pion, Nerone, Girman, Winslow & Smith, PC
**Firm**
1500 One Gateway Center, 420 Fort Duquesne Boulevard
**Street Number**
Pittsburgh, PA 15222
**City, State, Zip**
412-281-2288
**Phone Number**
412-281-3388
**Fax Number**
jhettrich@pionlaw.com / jpion@pionlaw.com
**E-Mail Address**

**Ohio Attorney Supreme Court No.:** 0091744 / 0070722

☐ **Address Change Only**

☒ **Request Case Notification / Not a Party Defendant**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COURT PARTY INFORMATION

**Name of Client:** KLLM Transport Services, LLC    ☐ Plaintiff   ☒ Defendant

**Name of Client:** Curtis Holloway    ☐ Plaintiff   ☒ Defendant

**Name of Client:** _____    ☐ Plaintiff   ☐ Defendant

**Name of Client:** _____    ☐ Plaintiff   ☐ Defendant

**Name of Client:** _____    ☐ Plaintiff   ☐ Defendant

**Substituted for:** _____ **(if applicable)**

Rev. 08/03/2017

45202
CIVIL

# CERTIFIED MAIL

08/27/2021
US POSTAGE $006.9
ZIP 45
041L1220



7194 5168 6310 0946 5597

08/27/2021 SUMMONS & COMPLAINT
CURTIS HOLLOWAY
130 DEVON BUILDING 8 APT 4
JACKSON MS 39204



D132923867

XIE    326  SE 1    7 209/03/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
45202128790  2247N246231-00481