**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Zelda Garrett, et al.,
    Plaintiff(s),

v.                                        Case No. 1:21-cv-593
                                              ( Consent Case ; Litkovitz, M.J.)

KLLM Transport Services, LLC, et al.,
    Defendant(s).

## AMENDED CALENDAR ORDER

This matter came before the Court on May 11, 2022, for a telephone status conference. At the request of the parties, and with the consent of the Court, the calendar in this matter shall be amended as follows:

1. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff identify and produce primary expert reports: **October 1, 2022**
   Defendant identify and produce rebuttal expert reports: **November 1, 2022**
   Parties disclosure and report of rebuttal experts: **December 1, 2022**
   Parties disclosure of non-expert (fact) witnesses: **October 1, 2022**

2. Parties to exchange witness list and summary: **December 14, 2022**

3. Discovery deadline: **January 14, 2023\***

4. Dispositive motion deadline: **February 14, 2023**


IT IS SO ORDERED.
Date  5/13/2022

awh    May 11, 2022

Karen L. Litkovitz
United States Magistrate Judge


\*Discovery requests must be made at such time that responses thereto are due before the discovery deadline.