UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ZELDA GARRETT, *et al.*,            Case No. 1:21-cv-593
    Plaintiffs,                             Litkovitz, M.J.

     v.

KLLM TRANSPORT SERVICES, LLC, *et al.*,    **ORDER**
    Defendants.

This matter is before the Court on the parties' joint motion to modify the Amended Calendar Order (Doc. 9) by extending all deadlines for a period of 180 days. (Doc. 12). For good cause shown, the motion is **GRANTED**. The Amended Calendar Order is amended as follows:

1. Deadline for disclosure of expert witnesses and submission of expert reports:

   Plaintiffs to identify and produce primary expert reports: April 3, 2023
   Defendants to identify and produce rebuttal expert reports: May 1, 2023
   Parties' disclosure and report of rebuttal experts: June 1, 2023
   Parties' disclosure of non-expert (fact) witnesses: April 3, 2023

2. Parties to exchange witness list and summary: June 14, 2023

3. Discovery deadline: July 14, 2023

4. Dispositive motion deadline: August 14, 2023

The Court shall set final pretrial conference and trial dates at the telephone status conference set for **Monday, November 21, 2022 at 1:00 p.m.**

    **IT IS SO ORDERED.**

Date: 11/2/2022

Karen L. Litkovitz
Chief United States Magistrate Judge