UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ZELDA GARRETT, et al.,             Case No. 1:21-cv-593
    Plaintiff,                                   Consent Case
                                                Litkovitz, M.J.

vs.

KLLM TRANSPORT SERVICES, LLC, et al.,
    Defendants.

**AMENDED CALENDAR ORDER**

This case came before the Court on November 21, 2022 for a telephonic status conference. Upon the request of counsel, and with the approval of the Court, the case schedule in this matter shall be amended as follows:

1. Final Pretrial Conference: **January 11, 2024 at 2:00 p.m.**

2. Jury Trial: **February 20, 2024 at 9:30 a.m. (estimated length of trial 3-days)**

3. A follow-up telephonic status conference before Magistrate Judge Litkovitz is set for February 13, 2023 at 3:00 p.m.

**IT IS SO ORDERED.**

Date: 11/21/2022

                                                           Karen L. Litkovitz
                                                           United States Magistrate Judge