UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ZELDA GARRETT, et al.** | : | **CASE NO. 1:21cv593** |
| | : | |
|     **Plaintiff(s),** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KLLM TRANSPORT SERVICES, LLC., et al.** | : | **ENTRY OF DISMISSAL** |
| | : | **WITH PREJUDICE OF SPENCER** |
|     **Defendants.** | : | **GARRETT** |
| | : | |

-------------------------------------------------------------

Now come plaintiffs, by and through counsel and give notice to the court and parties that the claims of Spencer Garrett are hereby voluntarily dismissed WITH PREJUDICE

                                              APPROVED:

                                          _/s/ Karen L. Litkovitz_____
                                          Judge

/s/: William P. Allen_____
William P. Allen  0064046
3735 S. Dixie Highway
Middletown, OH   45005
(513) 424-2401 (phone)
(513) 800-1316 (fax)
wallen@casperlaw.com
Trial Attorney for Plaintiff(s)

## CERTIFICATE OF SERVICE

      This is to certify that a true copy of the foregoing was served by electronic mail this 30th day of January 2023, upon the following:

John T Pion, Esq.
Pion, Nerone, Girman, Winslow & Smith, P.C.
1500 One Gateway Center
Pittsburgh, PA 15222


                /s/: William P. Allen_____
                William P. Allen
                Trial Attorney for Plaintiff