**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO,
WESTERN DIVISION**

| | | |
|---|---|---|
| **ZELDA GARRETT, et al.** | : | **CASE NO. 1:21cv593** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | **ENTRY OF DISMISSAL** |
| **KLLM TRANSPORT SERVICES,** | : | **WITH PREJUDICE** |
| **LLC., et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

-------------------------------------------------------------

    All matters in controversy by and between the parties hereto, having been fully compromised and settled to the satisfaction of all parties, the within action is hereby dismissed, with prejudice.  Costs to Defendant.

                              APPROVED:

_____
Judge

| | |
|---|---|
| /s/: William P. Allen_____ | Per Email Approval March 16, 2023 |
| William P. Allen 0064046 | Jordan Hettrich  0091744 |
| 3735 S. Dixie Highway | John T Pion |
| Middletown, OH   45005 | Pion, Nerone, Girman, Winslow & Smith, P.C. |
| (513) 424-2401 (phone) | 1500 One Gateway Center |
| (513) 800-1316 (fax) | Pittsburgh, PA 15222 |
| wallen@casperlaw.com | jhettrich@pionlaw.com |
| | |
| Trial Attorney for Plaintiffs | Trial Attorney for Defendants |